

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| UNITY FRIENDSHIP BAPTIST CHURCH, | § | No. 08-16-00214-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 201st District Court |
| v. | | |
| | § | of Travis County, Texas |
| WALTON HOMES LLC, | | |
| | § | (TC# D-1-GN-15-005374) |
| Appellee. | | |
| | § | |

## O R D E R

Pending before the Court is Appellee's motion to dismiss the appeal due to lack of jurisdiction. The Court has reviewed the record and has determined that the summary judgment is final and appealable. The motion to dismiss is denied.

IT IS SO ORDERED this 16th day of November, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.